**No. 49623.**—Protest 955323–G of Kraft Associated Distributors (Los Angeles).

Opinion by KEEFE, J.   In accordance with stipulation of counsel an allowance of 2½ percent was made on certain Edam and Gouda cheese similar to that passed upon in Abstracts 42146 and 42309.   An allowance was also made for the weight

of the paper or foil, or both, in which certain Roquefort cheese, stipulated to be similar to that passed upon in Abstracts 36724 and 38185, was wrapped.